FILED

07/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0069

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0069

_____

APRIL MYERS, JAMES MYERS,
DARRYL WHITCANACK, PATRICIA
MILLER, EVERETT WESTERMAN,
PATRICIA WESTERMAN, JAMES
STEVENSON, LONNIE BEKEL, and
CINDY BEKEL,

       Plaintiffs and Appellants,                    O R D E R

      v.

JOSEPH KLEINHANS and AMANDA
KLEINHANS,

       Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 24 2024